IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAUREN BOWMAN,

        Appellant,

 v.

        Case No.  5D23-632
        LT Case No. 2022-689-CF

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed June 27, 2023

Appeal from the Circuit Court
for Clay County,
Don H. Lester, Judge.

Matthew J. Metz, Public Defender,
and Natalie R. Gossett, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
and Heather Flanagan Ross,
Assistant Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


    AFFIRMED.

EISNAUGLE, KILBANE and MACIVER, JJ., concur.